IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA M. KIERZEK and KENNETH T. KIERZEK, | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) No. 13-85 Erie |
| ALLSTATE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, to-wit, this 28th day of March, 2013, it is hereby ORDERED that pursuant to 28 U.S.C. § 455 the undersigned recuses from this case and the Clerk is directed to reassign this case appropriately.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge